UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

Plaintiff,

v.

KARL CURTIS RIDGEWAY, et al.,

Defendants.

Case No. 20-cv-00381-PJH

**ORDER RE: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 8

Plaintiff previously filed an application to proceed in forma pauperis, (Dkt. 8), which the court subsequently granted, (Dkt. 13). However, plaintiff appealed the order, (Dkt. 14), which was then dismissed for lack of jurisdiction, (Dkt. 17). Accordingly, the court ORDERS the Clerk of Court to issue the summons. Furthermore, the U.S. Marshal or the Clerk's Office for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit, this order, and the court's order dated August 7, 2020, (Dkt. 13), upon defendants.

**IT IS SO ORDERED.**

Dated: September 29, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge