UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

              Plaintiff,

      v.

KARL CURTIS ROGER RIDGEWAY, et al.,

              Defendants.

Case No.  20-cv-00381-PJH

**JUDGMENT**

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: January 25, 2021

                         /s/ Phyllis J. Hamilton

                         PHYLLIS J. HAMILTON
                         United States District Judge

United States District Court
Northern District of California